UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In Re: WATT N. GRAYSON  Case No. 09-10720-MAM-13
Debtor's Soc. Sec. No. XXX-XX-1533

**AMENDED WAGE DEDUCTION ORDER**

BUSH HOG
2501 GRIFFIN AVENUE
ATTN: PAYROLL
SELMA, AL  36701

The debtor has filed a Chapter 13 bankruptcy case. He has subjected his property and all his future earnings to the control of this Court for as long as he/she is a debtor in Chapter 13. This Court has exclusive control over all of the debtor's future earnings which, after this date, are not subject to levy or garnishment as explained below.

You are ORDERED to withhold from the wages, earnings or other income of the debtor the sum of $841.00 MONTHLY payable according to your method of payment and remit these funds to:

JOHN C. MCALEER, III
P.O. BOX 1779
MEMPHIS TN 38101-1779

You shall continue to pay these funds to the Court until you receive an order telling you to stop.

It is further ORDERED that you, as Employer, shall cease withholding for ALL prior levy, garnishment or deduction orders from ANY OTHER COURT. This means that you shall stop withholding for alimony and child support too, EXCEPT ORDERS FOR CURRENT CHILD SUPPORT AND ALIMONY owed by the debtor (under Section 30-3-61 of the Code of Alabama). (Child support and alimony arrearages that were incurred prior to the bankruptcy filing will be dealt with by the Court during the debtor's Chapter 13 case.)

It is further ORDERED that you, the Employer, are enjoined from imposing any type or form of penalty, from termination or attempting (directly or indirectly) to terminate, and from taking any type or form of disciplinary or other coercive action against the employee-debtor because of the issuance and effect of this order. This order has been issued to implement the debtor's voluntary Chapter 13 plan as authorized by the Bankruptcy Code and Bankruptcy Rules.

It is further ORDERED that upon any termination of the employee-debtor's employment, you, as Employer, shall notify the Standing Trustee immediately.

Dated: Thursday, September 10, 2009  /s/ MARGARET A. MAHONEY
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

---

Debtor: WATT N. GRAYSON  Case Number: 09-10720-MAM-13

EMPLOYER: Please complete and return to the Chapter 13 Trustee:
P.O. Box 1884, Mobile, AL  36633

\_\_\_\_\_ The debtor is employed by us and wages will be remitted at least once a month.
\_\_\_\_\_ The debtor is not employed by us. After leaving us, debtor may now be employed by:
_____

Company Name and Address: _____

Signed: _____  Dated: _____